UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

FILED
JAN 13 2020
DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

In Re:

Heston Lane Landess

Debtor.

Case No. 18-13783

Chapter 13

Judge Janice D. Loyd

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                         3-1
Last 4 Digits of Account Number:     0502

Current Address for Notices:
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

NEW Address for Notices (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
  Home Point Financial Corporation
  PO Box 790309
  St. Louis, MO 63179

Phone:
Email:

NEW Address for Payments (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com